IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 2:20-MJ-00267 |
| CHARLES EDWARD SIMPSON WILMAR LAPOP | § § | |

## ORDER

On this the 29TH day of January, 2020, came on to be heard the Motion the parties to have the videotaped deposition of material witnesses GLADYS VICTORIA AVILA CONTRERAS and MICHELLE ANDREINA UZHO GUARCA and taken, and having considered the same, this Court is of the opinion that it should be **GRANTED** / DENIED, and this matter is set for deposition for:

May 8th, 2020, at 1:00 p.m. located at the Grand Jury Room.

SIGNED on this the 29th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE
Julie K. Hampton
United States Magistrate Judge